Ogle T. Warren and Others, as Executors, etc., of George B. Warren, Deceased, Respondents, v. Charles C. Dickinson, Appellant.— Judgment unanimously affirmed, with costs. No opinion; Parker, P. J., not sitting.

Milton C. Wright and Josephine Wright, Respondents, v. George Brooks, Appellant, and Second National Bank of Cooperstown and George M. Jarvis, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion.

---

## FOURTH DEPARTMENT, DECEMBER, 1906.

Frederick Gilmore, Respondent, v. The Syracuse Lighting Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented on the ground that the defendant has not been shown guilty of negligence and also because of errors in the charge.

John U. Fraley, Appellant, v. Louise K. Fahy, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Y. Durkee, Respondent, v. Retsof Mining Company, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Cassius A. Lockhart, Plaintiff, v. William Hamlin, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs to the defendant, and judgment ordered for the defendant on the nonsuit. All concurred, except Williams, J., who dissented on the ground that the facts upon which the court granted the nonsuit presented questions for the jury and not for the court.

The People of the State of New York, Respondent, v. Jem J. Ludlam, Jr., Appellant. (No. 1.)— Judgment of conviction reversed. All concurred.

The People of the State of New York, Respondent, v. Jem J. Ludlam, Jr., Appellant. (No. 2.)— Judgment of conviction reversed. All concurred.

Gary S. Clark, as Administrator, etc., of Jennie Frances Potter Clark, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

William B. Miller, Respondent, v. Rochester Fertilizer Works, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Elizabeth Pletzke, as Administratrix, etc., of Frederick Pletzke, Deceased, Appellant, v. The Pennsylvania Railroad Company, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event. Held, that the questions of defendant's negligence and freedom of plaintiff's intestate from contributory negligence were questions of fact for the jury. All concurred.

The People of the State of New York, Respondent, v. Alice Wiegand, Appellant.— Judgment affirmed. All concurred.

Fred Walker and Others, Respondents, v. Edward Winters and Gillis Winters, Appellants.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented on the ground that exceptions to the charge and to the reception of evidence present reversible errors, particularly in the charge that the defendants were required to use the best mechanical appliances and contrivances known in that locality, designed to prevent the escape of sparks and live coals.

Charles Paul, Respondent, v. Bartholomay Brewery Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Alonzo J. Whiteman, Appellant.— Judgment of conviction affirmed. All concurred.

Jerome C. Dietrich, Respondent, v. Jacob Dietrich and Others, Defendants, Impleaded with Jennie E. Beal, Appellant.— Judgment affirmed, with costs. All concurred.

George D. Reed and Another, Respondents, v. Minnie L. Joyce and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Thomas W. Shannon, Plaintiff, v. Falulah Paper Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs to the defendant, and judgment ordered for the defendant on the nonsuit. All concurred.